No. 80–289. United Mine Workers of America, Local No. 1854, et al. v. National Labor Relations Board et al.; and

No. 80–692. National Labor Relations Board v. Amax Coal Co., a division of Amax, Inc., et al. C. A. 3d Cir. Certiorari in No. 80–289 granted limited to Question 1 presented by the petition. Certiorari in No. 80–692 granted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 614 F. 2d 872.

No. 80–315. South Pacific Co. (Pacific Lines) v. Richins et al.; and

No. 80–392. Brotherhood of Railway Carmen of the United States and Canada et al. v. Richins et al. C. A. 10th Cir. Certiorari denied. Reported below: 620 F. 2d 761.

No. 80–386. American Jewish Congress et al. v. New York State Human Rights Appeal Board et al. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 80–446. Union Pacific Railroad Co. v. Fletcher. C. A. 8th Cir. Certiorari denied.

No. 80–470. Air Line Pilots Assn., International, AFL–CIO v. Trans International Airlines, Inc.;

No. 80–478. International Brotherhood of Teamsters, Airline Division, et al. v. Trans International Airlines, Inc.; and

No. 80–480. Trans International Airlines, Inc. v. International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America, Airline Division, et al. C. A. 9th Cir. Certiorari denied. Reported below: 650 F. 2d 949.